CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2007, I caused a copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT to be served via first-class mail, postage prepaid, on the following:

NEBLETT BEARD & ARSENAULT
John R. Whaley
Richard J. Arsenault
P.O. Box 1190
Alexandria, LA 71309-1190

The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on July 9, 2007

                                                        /s/
                                           Sarah A. Binder