# UNITED STATES DISTRICT COURT

Western District of Louisiana

Sherri Ballance

SUMMONS IN A CIVIL CASE

V.

Merck & Co., Inc.

CASE NUMBER:

**5:07CV0696
JUDGE S. MAURICE HICKS
MAG. JUDGE MARK L. HORNSBY**

TO: (Name and address of Defendant)

Merck & Company, Inc.
Through Their Agent for Service of Process
C.T. Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J.R. Whaley
NEBLETT, BEARD & ARSENAULT
P.O. Box 1190
2220 Bonaventure Court
Alexandria, LA 71309-1190

an answer to the complaint which is herewith served upon you, within __20 (twenty)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL
CLERK

s/Una Harrison
(By) DEPUTY CLERK

APR 20 2007
DATE