**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**RECEIVED - SHREVEPORT**

**MAY 0 8 2007**

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |

Postmark Here

5-1-07

Sent To: CT Corporation System
Street, Apt. No., or PO Box No.: 8550 United Plaza Blvd.
City, State, ZIP: Baton Rouge, LA 70809
204.00004
Ballance

PS Form 3800

7004 2890 0002 1469 9582

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809
204.00004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Shauna Smith ☐ Agent ☐ Addressee

B. Received by (Printed Name): Shauna Smith
C. Date of Delivery: 5/2/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 2890 0002 1469 9582

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

5:07cv0646

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons was made by me | DATE May 1, 2007 |
| NAME OF SERVER (*PRINT*)<br>J.R. Whaley | TITLE<br>Attorney at Law |

*Check one box below to indicate appropriate method of service*

☐     Served personally upon the defendant. Place where served:
_____
_____
_____

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
_____

☐     Return unexecuted:
_____
_____
_____.

☒     Other (specify):     Summons, Complaint and Waiver of Service were mailed to:
MERCK & CO., INC.
via Certified Mail - Return Receipt Requested. The letter forwarding Summons, Complaint and Waiver of Service and domestic certified return receipt are attached hereto.

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and State of Service Fees is true and correct.

Executed on ___May 1, 2007___
         Date                  *Signature of Server*

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 0 8 2007

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

P.O. Box 1190
Alexandria, LA 71309-1190
_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT ***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
JEAN PAUL OVERTON

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

* LAW CORPORATION
  ALSO ADMITTED IN
  COLORADO, TEXAS
  AND WASHINGTON, D.C.
** LAW CORPORATION
  ALSO ADMITTED IN TEXAS
*** ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
OF COUNSEL

May 1, 2007

**Via Certified Mail - Return Receipt Requested**

CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809

    Re:   Civil Action No. 5:07cv0696
           Sherri Ballance v. Merck & Co., Inc.

To Whom It May Concern:

Enclosed please find the following:

1. Notice of Lawsuit and Request for Waiver of Service of Summons;

2. Waiver of Service of Summons;

3. Original Summons sealed by the Court;

4. A copy of the filed Complaint;

5. Self-addressed, stamped envelope.

In your capacity as registered agent for service of process for **Merck & Co., Inc.**, and in compliance with F.R.C.P. Rule 4, have the Waiver of Service of Summons completed and return to me in the enclosed self-addressed, stamped enveloped provided.

Sincerely,

J.R. WHALEY

JRW/jmo
Enclosures
cc:   Ms. Sherri Ballance
       Mr. Eskridge E. "Sam" Smith, Jr.

| | | |
|---|---|---|
| RICHARD J. ARSENAULT * |  | ROBERT B. NEBLETT (1991) |
| C. MICHAEL BOLLINGER | | RICHARD W. BEARD (1988) |
| DAVID O. WALKER ** | A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS | |
| PAUL J. TELLARICO | | * LAW CORPORATION |
| WILLIAM S. NEBLETT *** | | ALSO ADMITTED IN |
| MICHAEL S. KOCH | | COLORADO, TEXAS |
| WESLEY J. GRALAPP | | AND WASHINGTON, D.C. |
| GARY J. ARSENAULT | | ** LAW CORPORATION |
| EDWARD E. ROBERTS, III | | ALSO ADMITTED IN TEXAS |
| STEVEN M. RACHAL | | *** ALSO ADMITTED IN TEXAS |
| JOHN R. WHALEY | | J. PHILLIP TERRELL, JR. |
| JEAN PAUL OVERTON | | OF COUNSEL |

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 0 8 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

May 1, 2007

Honorable Robert H. Shemwell
Clerk, USDC
Western District of Louisiana
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101

      Re:     Civil Action No. 5:07-cv-0696
                 Sherri Ballance v. Merck & Co., Inc.

Dear Mr. Shemwell:

    Enclosed for filing is a completed Return of Service of Summons and Complaint on Merck & Co., Inc.

    With best regards, I am

                              Sincerely,

                              J.R. WHALEY

JRW/jmo
Enclosures
cc:    Ms. Sherri Ballance
        Mr. Eskridge E. "Sam" Smith, Jr.