U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 29 2007

ROBERT H. SHEMWELL, CLERK
BY _____
    DEPUTY

(Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: <u>J.R. Whaley, Neblett, Beard & Arsenault</u>
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>Merck & Company, Inc.</u>, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of <u>Sherri Ballance v. Merck & Co., Inc.</u>,
(CAPTION OF ACTION)

which is case number <u>5:07-cv-0696</u> in the United States District Court
(DOCKET NUMBER)

for the <u>Western</u> District of <u>Louisiana</u>.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>May 1, 2007</u>,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

<u>5/22/07</u>           <u>(signature) Christina Gaarder</u>
(DATE)                (SIGNATURE)

Printed/Typed Name: Christina L. Gaarder, Venable LLP, 2 Hopkins Plaza, Suite 1800, Baltimore, MD 21201

As <u>Outside Counsel</u> of <u>Merck & Co., Inc.</u>
   (TITLE)              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.



U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 29 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

**CT CORPORATION**
A Wolters Kluwer Company

**Service of Process Transmittal**
05/02/2007
Log Number 512186175

| | |
|---|---|
| TO: | Debra A Bollwage, Assistant Secretary<br>Merck & Co., Inc.<br>One Merck Drive<br>Whitehouse Station, NJ, 08889-0100 |
| RE: | **Process Served in Louisiana** |
| FOR: | Merck & Co., Inc. (Domestic State: NJ) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Sherri Ballance, Pltf. vs. Merck & Co., Inc., etc., Dft. |
| DOCUMENT(S) SERVED: | Letter, Summons, Return of Service, Self-Addressed Envelope, Notice (2 sets), Waiver (2 sets), Complaint |
| COURT/AGENCY: | U.S. Bankruptcy Court, Western District, La<br>Case # 5:07CV0696 |
| NATURE OF ACTION: | Product Liability Litigation - Drug Litigation - In connection with the use of the prescription drug Fosamax |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Baton Rouge, LA |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 05/02/2007 postmarked on 05/01/2007 |
| APPEARANCE OR ANSWER DUE: | Within 20 days after service of this summons upon you, exclusive of the day of service |
| ATTORNEY(S) / SENDER(S): | Richard J. Arsenault<br>Neblett, Beard & Arsenault<br>P.O. Box 1190<br>Alexandria, LA, 71309-1190<br>318-487-9874 |
| REMARKS: | "Service was made by mail pursuant to Rule 4 of the Federal Rules of Civil Procedure. IMPORTANT: Please note the Waiver of Service of Summons", which may require your signature. |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex Priority Overnight, 798165937743<br>Email Notification, Debra A Bollwage DEBRA_BOLLWAGE@MERCK.COM |
| SIGNED:<br>PER:<br>ADDRESS:<br>TELEPHONE: | C T Corporation System<br>Parrish Madonia<br>8550 United Plaza Boulevard<br>Baton Rouge, LA, 70809<br>225-922-4490 |

Page 1 of 1 / PM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT ***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD E. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
JEAN PAUL OVERTON

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 2 9 2007

ROBERT H. SHEMWELL, CLERK
BY _____
            DEPUTY

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

* LAW CORPORATION
  ALSO ADMITTED IN
  COLORADO, TEXAS
  AND WASHINGTON, D.C.
** LAW CORPORATION
   ALSO ADMITTED IN TEXAS
*** ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
OF COUNSEL

May 25, 2007

Honorable Robert H. Shemwell
Clerk, USDC
Western District of Louisiana
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101

    Re:    Civil Action No. 5:07-cv-0696
             Sherri Ballance v. Merck & Co., Inc.

Dear Mr. Shemwell:

    Enclosed for filing is a signed Waiver of Service of Summons from Merck & Co., Inc.

    With best regards, I am

                        Sincerely,

                        J.R. Whaley /jmo

                        J.R. WHALEY

JRW/jmo
Enclosure
cc:    Ms. Sherri Ballance
        Mr. Eskridge E. "Sam" Smith, Jr.